No. 66. REILING v. LOFTSGAARDEN. Supreme Court of Minnesota. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Robert A. Gearin* for petitioner. *Mortimer B. Miley* for respondent.

No. 81. WAINWRIGHT, CORRECTIONS DIRECTOR v. CULLINS ET AL. Motion of respondents for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for petitioner. *A. K. Black* for respondents.

No. 100. INTERNATIONAL HARVESTER Co. v. WIRTZ, SECRETARY OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *H. Bascom Thomas, Jr.,* and *Hubard T. Bowyer* for petitioner. *Solicitor General Cox, Charles Donahue, Bessie Margolin* and *Isabelle R. Cappello* for respondent Wirtz.

No. 164. DARDI v. UNITED STATES;
No. 165. ROSENTHAL v. UNITED STATES; and
No. 166. BERMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. *William Lee Frost* for petitioner in No. 164. *Edward D. Burns* for petitioner in No. 165. *Jesse Climenko* and *Milton S. Gould* for petitioner in No. 166. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. Reported below: 330 F. 2d 316.